# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWRENCE WOODELL, JR.**                                                                **PLAINTIFF**

v.                              Case No. 4:24-cv-00502-LPR

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                         **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 12). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.

DATED this 2nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE